IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WADE E JACKSON,
NITRUDEE M REEDER,

    Plaintiffs,

v.                                    CASE NO. 1:07-cv-00026-MP-AK

FORD MOTOR COMPANY,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on the motion for clarification, doc. 47, filed by Ford Motor Company.  A hearing was held on December 6, 2007, during which the Plaintiffs indicated that they did not object in general to the requests made by Ford Motor Company, to wit: (1) the Plaintiffs agree to give reasonable notice to the Defendant when they or their experts intend to inspect the vehicle; (2) the Plaintiffs agree that Plaintiffs representatives must be videotaped and sign in when inspecting the vehicle; (3) the Plaintiffs agree that Defendant's representatives may be present during any inspection and may also videotape the procedure under the same guidelines imposed upon the Plaintiff.  The parties agree to use their best efforts to coordinate the timing and manner of these inspections so that the three agreements above do not cause unreasonable delay or scheduling conflicts.

       **DONE AND ORDERED** this *6th* day of December, 2007

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge