IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WADE E JACKSON,
NITRUDEE M REEDER,

    Plaintiffs,

v.       CASE NO. 1:07-cv-00026-MP-AK

FORD MOTOR COMPANY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 58, Motion for Extension of Time to Complete Discovery. A hearing was held April 3, 2008. As discussed in the hearing, the motion is granted in part. The deadline for the plaintiffs to disclose their expert witness reports is June 9, 2008. The defendant must disclose its expert report by July 9, 2008. Discovery will close September 9, 2008, and the case shall be ready for trial December 2008.

    **DONE AND ORDERED** this  *3rd*  day of April, 2008

                  *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge