**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**NITRUDEE M. REEDER, et al,**

      **Plaintiffs,**

**vs.**                                                                         **CASE NO. 1:07CV26-MP/AK**

**FORD MOTOR COMPANY,**

      **Defendant.**

                                    **/**


**O R D E R**

Presently before the Court in the above entitled action is Plaintiffs' Motion for

Enlargement of Deadlines, to which Defendant is unopposed.  (Doc. 63).  Having

considered said motion, the Court is of the opinion that it should be **GRANTED**, and the

deadlines for discovery are hereby extended as follows:

      **Plaintiff's Expert Disclosures: October 9, 2008**

      **Defendant's Expert Disclosures: November 10, 2008**

      **Discovery: January 9, 2009**

      **Motions: January 29, 2009**

The parties' request that trial be scheduled in April 2009 is duly noted and the dates for

the trial and pretrial conference will be set by separate notice after the close of

discovery.

        **DONE AND ORDERED** this __*4th*__ day of June, 2008.


                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv26-mp/ak**